# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JOEL ORENSTEIN, | ) | Case No. CV 16-01946-JEM |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with the Memorandum Opinion and Order and with law.


DATED: June 1, 2017                                    _/s/ John E. McDermott_
                                                    JOHN E. MCDERMOTT
                                                    UNITED STATES MAGISTRATE JUDGE