# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOEL ORENSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A, BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 16-01946 JEM<br><br>ORDER AWARDING EAJA FEES, EXPENSES AND COSTS |

IT IS ORDERED that attorney's fees are awarded in the amount of Two Thousand Three Hundred Eighty-Eight Dollars and 49/100 ($2,388.49) and expenses are awarded in the amount of Thirty-One and 12/100 ($31.12) pursuant to EAJA, 28 U.S.C. § 2412, and costs are awarded in the amount of Four Hundred Dollars and 00/100 ($400.00) under 28 U.S.C. § 1920, for a total sum of TWO THOUSAND EIGHT HUNDRED NINETEEN DOLLARS AND 61/100 ($2,819.61).

DATED: September 26, 2017                  */s/ John E. McDermott*

                                                                JOHN E. MCDERMOTT<br>
                                                        UNITED STATES MAGISTRATE JUDGE